| | |
|---|---|
| 1 | SHARON DOUGLASS MAYO - State Bar No. 150469 |
| | sharon.mayo@aporter.com |
| 2 | KRISTEN L. TERRANOVA - State Bar No. 246433 |
| | kristen.terranova@aporter.com |
| 3 | AMIE L. MEDLEY - State Bar No. 266586 |
| | amie.medley@aporter.com |
| 4 | ARNOLD & PORTER LLP |
| | 777 South Figueroa Street, 44th Floor |
| 5 | Los Angeles, California  90017-5844 |
| | Telephone: (213) 243-4000 |
| 6 | Facsimile: (213) 243-4199 |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAJOR BOB MUSIC, UNIVERSAL MUSIC CORPORATION, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., MORGANACTIVE SONGS, INC., EMI APRIL MUSIC INC., LELLOW PRODUCTIONS INC., BOOK OF DANIEL, GONE GATOR MUSIC AND VIRGINIA MANCINI, TRUSTEE OF THE MANCINI FAMILY TRUST D/B/A NORTHRIDGE MUSIC COMPANY,

　　　　　Plaintiffs,

v.

WITHOUT LIMITS CORPORATION AND DONALD LEROY WOODRUFF,

　　　　　Defendants.

No.:  EDCV 09-1475-DMG (DTBx)

**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE [JS 6]**

[F.R.C.P. 41(a)(ii)]

　　　WHEREAS the parties have filed with this Court a stipulation for dismissal of the complaint without prejudice,

30694631v1

1   NOW, THEREFORE, IT IS HEREBY ORDERED that:

2   The complaint in this action is dismissed without prejudice and without costs
3   or attorneys' fees to any party.

4   IT IS SO ORDERED.

6   Dated:   October 5, 2010
    _____

    *[signature: Dolly M. Gee]*
    _____
    Dolly M. Gee
    United States District Judge

2